**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 22, 2015

Hon. Gaines F. West II
West, Webb, Allbritton & Gentry, P.C.
1515 Emerald Plaza
College Station, TX 77845-1515
* DELIVERED VIA E-MAIL *

Hon. Thomas F. Nye
Gault Nye & Quintana
Attorneys at Law
717 Everhart, Suite A
Corpus Christi, TX 78411
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00696-CV
Tr.Ct.No. 2014-DCL-00910-I
Style:    Columbia Valley Healthcare System L.P. d/b/a Valley Regional Medical
          Center v. Maria Zamarripa, as Guardian of the Estates of Rey Francisco
          Ramirez and Rammy Justin Ramirez, Minors

Appellant's motion for extension of time to file motion for rehearing in the above cause was this day GRANTED by this Court. The time has been extended to Monday, October 5, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch